IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| W.P.I.P., INC. | * | Case No.: 13-12517 |
| | * | Chapter 11 |
| | * | |
| Debtor. | * | |
| _____ | * | |
| IN RE: | * | |
| | * | |
| MANUS EDWARD SUDDRETH, | * | Case No.:13-12978 |
| | * | Chapter 11 |
| Debtor. | * | Jointly Administered |
| _____ | * | |

**MOTION FOR LEAVE OF COURT**
**TO WITHDRAW AS COUNSEL FOR DEBTOR, W.P.I.P., INC.**

James M. Greenan, Craig M. Palik and McNamee, Hosea, Jernigan, Kim, Greenan, & Lynch, P.A. as counsel to W.P.I.P., Debtor (the "Debtor"), hereby file this Motion for Leave of Court to Withdraw as Counsel for Debtor, W.P.I.P., Inc. (the "Motion"), and in support thereof, state as follows:

1. Debtor retained the Law Firm of McNamee, Hosea, Jernigan, Kim, Greenan, & Lynch, P.A. (the "Law Firm") for the purposes of representing Debtor in the above captioned Chapter 11 case.

2. Debtor signed a retainer agreement with the Law Firm, but subsequent irreconcilable differences have arisen in the case between Debtor and the Law Firm such that the Law Firm can no longer represent the Debtor.

3. As such, on April 27, 2015, the Law Firm has provided the Debtor with a seven

1

(7) day notice of intent to withdraw as counsel as required by Local Rule 9010-4(b) (the "Notice of Intent"). A copy of the Notice of Intent is attached hereto as "Exhibit A."

4. The Debtor has been advised in the Notice of Intent that upon entry of an Order granting leave to withdraw as counsel, the Debtor must have new counsel enter an appearance or be subject to dismissal of its case, dismissal of its claims and/or judgment by default on claims against it. The Debtor has been further advised that if new counsel has not entered an appearance within twenty-one (21) days after the filing of the motion to withdraw, the court may dismiss an affirmative claim for relief by, or enter a default against, the unrepresented party.

5. In light of the foregoing, the Law Firm requests that the Court enter an Order authorizing the Firm to withdraw from representation of the Debtor in all matters pending before the Court.

6. The last known address of the Debtor is:

> W.P.I.P., Inc.
> c/o Manus E. Suddreth, President
> and Mark J. Einstein, Manager
> 601 W. Patapsco Ave.
> Baltimore, Maryland 21225

7. The Debtor has been served with a copy of this motion.

WHEREFORE, McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. respectfully requests that this Court enter an Order:

    (i) Granting the Motion; and

    (ii) Authorizing the Firm to withdraw as counsel for Debtor and strike its appearance upon entry of the Order granting the Motion; and

    (iii) Granting such other and further relief as equity and justice may require.

>Respectfully submitted,
>
>McNAMEE, HOSEA, JERNIGAN, KIM,
>GREENAN & WALKER, P.A.
>
>  /s/ Craig M. Palik_____
>Craig M. Palik (15254)
>James M. Greenan (08623)
>6411 Ivy Lane, Suite 200
>Greenbelt, Maryland 20770
>(301) 441-2420
>cpalik@mhlawyers.com
>jgreenan@mhlawyers.com

## CERTIFICATION

I hereby certify and affirm that the foregoing representations and facts are true, accurate and complete.

>  /s/ Craig M. Palik_____
>Craig M. Palik

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 5th day of May, 2015, a copy of the foregoing Motion was served, with a proposed form of Order, by first class mail, postage prepaid, and via CM/ECF, as applicable, to the following parties in interest:

Craig B. Leavers, Esq.
HOFMEISTER, BREZA & LEAVERS
Executive Plaza III
11350 McCormick Road, Suite 1300
Hunt Valley, Maryland 21031
craigl@hbllaw.com

Office of the United States Trustee
Attn: Hugh Bernstein
101 West Lombard Street, Suite 2625
Baltimore, MD 21201
hugh.m.bernstein@usdoj.gov

W.P.I.P., Inc.
c/o Manus E. Suddreth, President
and Mark J. Einstein, Manager
601 W. Patapsco Ave.
Baltimore, Maryland 21225
mark.einstein.007@gmail.com

James A. Vidmar, Esq.
Lisa Yonka Stevens, Esq.
Yumkas, Vidmar & Sweeney
10211 Wincopin Circle, Suite 500,
Columbia, MD  21044
jvidmar@yvslaw.com
lstevens@yvslaw.com

                                                                      _/s/ Craig M. Palik_____
                                                                      Craig M. Palik